**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BLAS CASTILLO-TAPIA; et al., | No. 10-73313 |
| Petitioners, | Agency Nos. A075-709-088 |
| | A075-709-089 |
| v. | A075-709-090 |
| ERIC H. HOLDER, Jr., Attorney General, | |
| | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 10, 2012[**]

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Blas Castillo-Tapia, Maria Del Carmen Lopez, and Eymard Roman Castillo

petition pro se for review of the Board of Immigration Appeals' ("BIA") order

denying their motion to reopen based on ineffective assistance of counsel. We

have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the

_____

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

denial of a motion to reopen, and review de novo claims of due process violations. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen on the ground that petitioners failed to establish that the actions of their former representatives may have affected the agency's hardship determination. *See id.* at 793-94 (a petitioner must establish prejudice to prevail on an ineffective assistance claim).

In light of our disposition, we need not address petitioners' remaining contentions.

**PETITION FOR REVIEW DENIED.**